# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) | 06-572M |
| HONG VAN NGUYEN, ) <br> ) <br> Defendant. ) | MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The parties stipulated that the detention in this matter should be governed by the Detention Order (dkt #40), issued by the Honorable Monica J. Benton, United States Magistrate Judge, in USA vs Nguyen, CR06-307 RSM, in which the defendant was ordered detained.

Dated this 3rd day of November, 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**